IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Eric Gerard Meyer, II,           )
                                 )
            Plaintiff,           )
                                 )   Civil Action No.: 4:06-1761
vs.                              )
                                 )
Scott Fedan,                     )
                                 )
            Defendants.          )
_____)

# ORDER

On June 12, 2006, the plaintiff filed the instant *pro se* action seeking relief from an alleged breach of contract. This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. (Doc. #6). In the Report, Magistrate Judge Rogers recommends that "the District Court dismiss the complaint in the above-captioned case without prejudice and without issuance and service of process" for lack of jurisdiction over the subject matter of the litigation. The plaintiff filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For

the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #6) and the plaintiff's complaint dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

*Terry C. Wooten*

Terry L. Wooten
United States District Judge

October 12, 2006
Florence, South Carolina